1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

SHENZHEN HANYI TECHNOLOGY CO. LTD.,

               Plaintiff,

   v.

SHELTERLOGIC CORP.,

               Defendant.

CASE NO. 2:25-cv-00363-LK

ORDER TO SHOW CAUSE

16

17

18

19

20

21

22

23

24

      This matter comes before the Court sua sponte. Plaintiff Shenzhen HanYi Technology Co. Ltd. ("HanYi") filed its complaint on February 26, 2025, naming two Defendants: Shelterlogic Corp. and PNC Bank National Association. Dkt. No. 1. The Court issued summons for both Defendants the next day. Dkt. No. 5.

      On May 19, 2025, HanYi filed a notice of voluntary dismissal dismissing PNC Bank National Association. Dkt. No. 11. However, that notice specifically excluded Shelterlogic Corp., *id.* at 1, and HanYi has not filed proof that it has served that entity in the more than five months this case has been pending.

ORDER TO SHOW CAUSE - 1

1    Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within

2    90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against

3    that defendant or order that service be made within a specified time." In addition, plaintiffs have a

4    general duty to prosecute their claims, *see Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.*, 587

5    F.2d 27, 29 (9th Cir. 1978), and they fail to fulfill this duty when they do not litigate their case,

6    *see, e.g.*, *Spesock v. U.S. Bank, NA*, No. C18-0092-JLR, 2018 WL 5825439, at *3 (W.D. Wash.

7    Nov. 7, 2018). "[T]o prevent undue delays in the disposition of pending cases and to avoid

8    congestion in the calendars of the District Courts," federal courts may exercise their inherent power

9    to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31

10    (1962); *see also, e.g.*, *Ville v. Meridian at Stone Creek Assisted Living*, No. C17-913-MJP, 2017

11    WL 4700340, at *1 (W.D. Wash. Oct. 19, 2017). More than 90 days have passed since the

12    complaint was filed, and there is no indication that HanYi has served Shelterlogic Corp. Nor has

13    it filed anything in this case since May 2025.

14    The Court thus ORDERS HanYi to show cause within 21 days of this Order why the case

15    should not be dismissed for failure to prosecute and failure to serve. If it timely serves the summons

16    and complaint and files proof of the same, the Court will discharge this Order. Failure to respond

17    will result in dismissal of the case without prejudice.

18    Dated this 13th day of August, 2025.

19

20    Lauren King
      United States District Judge

21

22

23

24

ORDER TO SHOW CAUSE - 2